ACCEPTED
12-15-00121-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/1/2015 11:41:52 AM
CATHY LUSK
CLERK

# No. 12-15-00121-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/1/2015 11:41:52 AM
CATHY S. LUSK
Clerk

## In the Twelfth Court of Appeals
## Tyler, Texas

### GARRY L. ROLLINS AND CARLA D. ROLLINS,
*Appellants*

**v.**

### TEXAS COLLEGE AND MPF INVESTMENTS, LLC
### D/B/A "A-1 RENT ALL,"
*Appellees*

---

*Appealed from the 7th Judicial District Court*
*Smith County, Texas*

---

### APPELLEE TEXAS COLLEGE'S
### NOTICE OF APPEARANCE OF COUNSEL

---

Trey Yarbrough
Texas Bar No. 22133500
Dallas W. Tharpe
Texas Bar No. 24052036
YARBROUGH WILCOX GUNTER, PLLC
100 E. Ferguson, Suite 1015
Tyler, Texas 75702
Telephone: 903-595-3111
Facsimile:  903-595-0191

Greg Smith
Texas Bar No. 18600600
Nolan D. Smith
Texas Bar No. 24075632
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Telephone: 903-597-3301
Facsimile:  903-597-2413

**ATTORNEYS FOR APPELLEE TEXAS COLLEGE**

**TO THE HONORABLE COURT OF APPEALS:**

Appellee Texas College notifies the Court and all parties that Greg Smith of RAMEY & FLOCK, P.C., 100 E. Ferguson Street, Suite 500, Tyler, Texas 75702, telephone 903-597-3301, fax 903-597-2413, gregs@rameyflock.com, has entered this action as lead counsel on its behalf. Nolan Smith, also of RAMEY & FLOCK, P.C., has entered the action as a co-counsel on Texas College's behalf. This entry of appearance is not in derogation of, but in addition to, the prior appearances of Trey Yarbrough and Dallas W Tharpe, who remain co-counsel for Texas College on appeal.

In connection with this notice, Greg Smith and Nolan Smith request that all future pleadings and other papers filed under TEX.R.CIV.P. 21 be served on them, as well as Mr. Yarbrough.

<div style="margin-left:50%">

Respectfully submitted,

   /s/ Greg Smith
Greg Smith
State Bar No. 18600600
Nolan Smith
State Bar No. 24075632
RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, TX 75702
Telephone: (903) 597-3301
Facsimile:  (903) 597-2413
gregs@rameyflock.com
nolans@rameyflock.com

Trey Yarbrough
State Bar No. 22133500
Dallas W. Tharpe
State Bar No. 24052036
YARBROUGH WILCOX GUNTER, PLLC
100 E. Ferguson, Suite 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile:   (903) 595-0191
trey@yw-lawfirm.com
dallas@yw-lawfirm.com

**COUNSEL FOR APPELLEE,
TEXAS COLLEGE**

</div>

1

**Certificate of Service**

The undersigned certifies that a copy of the above and foregoing document was served upon counsel of record in accordance with the applicable Texas Rules of Civil Procedure on this the 1st day of July, 2015, on the following:

**Via E-Service**
Ernesto D. Sigmon                          esigmon@esigmon.com
Walker Sigmon
416 West Saulnier Street
Houston, Texas 77019

Levon G. Hovnatanian                       hovnatanian@mdjwlaw.com
Todd M. Lonergan                           lonergan@mdjwlaw.com
Martin, Disiere, Jefferson & Wisdom, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002

Ryan K. Geddie                             geddie@mdjwlaw.com
Martin, Disiere, Jefferson & Wisdom, L.L.P.
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248

       /s/ Greg Smith     
Greg Smith